1  Andrew B. Downs, SBN 111435
   E-mail:andy.downs@bullivant.com
2  Linda B. Oliver, SBN 166720
   E-mail:linda.oliver@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
4  101 Montgomery Street, Suite 2600
   San Francisco, CA 94104
5  Telephone: 415.352.2700
   Facsimile: 415.352.2701
6
7  Attorneys for Defendant Property & Casualty
   Ins. Company of Hartford
8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11               SACRAMENTO DIVISION

| | |
|---|---|
| 12  SUZANNE CONNIFF, | Case No.: 2:21-cv-00995-TLN-DMC |
| 13             Plaintiff, | **STIPULATION AND ORDER TO** |
| 14      vs. | **EXTEND DISCOVERY AND PRETRIAL DATES SET IN INITIAL PRETRIAL** |
| 15  PROPERTY & CASUALTY INS. COMPANY | **SCHEDULING ORDER** |
| 16  OF HARTFORD; and DOES 1-10 inclusive, | |
| 17             Defendants. | |
| 18 | |

19

20

21        Plaintiff Suzanne Conniff ("Plaintiff") and Defendant Property & Casualty Company of

22  Hartford ("Defendant") by and through their respective counsel, hereby stipulate and request the

23  Court to approve their agreement for an extension of the discovery and other pretrial deadlines

24  as follows:

25        1.      On June 4, 2021, the Court issued an Initial Pretrial Scheduling Order which set

26  deadlines for factual discovery and expert disclosures, and the deadlines to file dispositive

27  motions and the joint notice of trial readiness [Dkt. 2].

28

2.      Good cause exists for the parties request due to a mutual calendaring mistake which led to the parties' failure to calendar the deadlines imposed by the court's order. The parties were also engaged in settlement discussions in late 2021, but were unable to reach a mutually agreeable resolution. In addition, one of Hartford's attorneys was very ill in late 2021.  Her illness required hospitalization in November 2021 and further hospitalization and surgery in January 2022.  She has since completely recovered.

3.      The discovery in this case will not be extensive, but will require disclosures of the parties' documents and information, plaintiff's deposition and the deposition of a Hartford witness or two, and may require expert disclosures and depositions and subpoenas to third parties for their documents.  The parties are also evaluating whether to file dispositive motions that may resolve all or some of the issues raised.

4.      In light of the discovery to be completed and the possible dispositive motions, the parties jointly request that the Court extend the discovery deadlines as proposed below:

| **Deadline** | **Current Date** | **Proposed New Date** |
|---|---|---|
| Deadline to meet and confer regarding discovery | August 3, 2021 | Completed. |
| Initial disclosures due | August 17, 2021 | May 15, 2022 |
| Close of factual discovery | March 3, 2022 | September 16, 2022 |
| Expert disclosures due | May 2, 2022 | November 15, 2022 |
| Supplemental expert disclosures | June 1, 2022 | December 15, 2022 |
| Last day for filing dispositive motions | August 30, 2022 | March 15, 2023 |

5.      Accordingly, the parties stipulate and respectfully request that the Court extend the deadlines as proposed, or alternative dates convenient for the Court.

1    DATED:  May 13, 2022

2                                    BULLIVANT HOUSER BAILEY PC

3

4                                    By /s/ Linda B. Oliver_____
                                     Andrew B. Downs
5                                    Linda B. Oliver

6                                    Attorneys for Defendant Property & Casualty Ins.
7                                    Company of Hartford

8    DATED:  May 13, 2022
9
                                     THE O'CONNOR LAW FIRM
10

11
                                     By /s/ Timothy O'Connor (as authorized on 5/13/22)
12                                   Timothy O'Connor

13                                   Attorneys for Plaintiff Suzanne Conniff

14

15

16                                   **ORDER**

17        After considering the stipulation, IT IS HEREBY ORDERED THAT:

18        1.   For good cause shown, the stipulation is granted;

19        2.   The discovery and pretrial dates are continued as follows:

20             Initial disclosures due: May 16, 2022

21             Close of factual discovery: September 16, 2022

22             Expert disclosures due: November 15, 2022

23             Supplemental expert disclosures due: December 15, 2022

24             Last day for filing dispositive motions: March 15, 2023.

25        The parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30)

26   days after receiving the Court's ruling(s) on the last filed dispositive motion(s).  If the parties do

27   not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial

28

STIPULATION AND ORDER TO EXTEND DISCOVERY AND PRETRIAL DATES SET IN INITIAL
PRETRIAL SCHEDULING ORDER

Readiness not later than one hundred twenty (120) days after the close of discovery and the notice must include statements of intent to forgo the filing of disposition motions.

DATED: May 13, 2022

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER TO EXTEND DISCOVERY AND PRETRIAL DATES SET IN INITIAL
PRETRIAL SCHEDULING ORDER